## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| IN RE: YASMIN AND YAZ ) | |
| (DROSPIRENONE) ) | **3:09-md-02100-DRH-PMF** |
| MARKETING, SALES ) | **MDL No. 2100** |
| PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | |

_____

 **This Document Relates To:**

*Rebecca Cashion v. Bayer Corp. et al.* No. 3:10-cv-10234-DRH-PMF

*Nadine Checchia v. Bayer Corp. et al.* No. 3:10-cv-10081-DRH-PMF

*Nicole Lewis v. Bayer Corp. et al. No*. 3:10-cv-10906-DRH-PMF

*Staci Monk v. Bayer Corp. et al. No.* 3:10-cv-20285-DRH-PMF


## JUDGMENT IN A CIVIL CASE

 **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Motion to Dismiss filed in this Court on March 16, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

 **NANCY J. ROSENSTENGEL,**
 **CLERK OF COURT**


 BY: ___/s/*Sandy Pannier*_____
 **Deputy Clerk**

Dated: March 23, 2011

Digitally signed by
David R. Herndon
Date: 2011.03.23
16:45:38 -05'00'

APPROVED:
 CHIEF JUDGE
 U. S. DISTRICT COURT